```
DENNIS WAKS, Bar #142581
Acting Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JOSE GUERRERO-SOSA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-05-523 FCD |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| ) | |
| JOSE GUERRERO-SOSA, ) | Date: February 13, 2006 |
| ) | Time: 9:30 A.M. |
| ) | |
| ) | Judge: Hon. Frank C. Damrell, Jr. |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Michael Beckwith, Assistant United States Attorney, attorney for Plaintiff, and Ned Smock, Assistant Federal Defender, attorney for defendant, that the current Trial Confirmation Hearing for January 30, 2006 be vacated and a new date of February 13, 2006 be set for status. The trial date of February 14, 2006 can be vacated, as well.

Defense counsel is obtaining and reviewing information regarding Mr. Guerrero-Sosa's criminal history and prior deportation and must discuss with Mr. Guerrero-Sosa his possible sentencing exposure should he decide to plead guilty.

It is further stipulated and agreed between the parties that the

period beginning January 30, 2006 to February 13, 2006, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Dated: January 27, 2006

                                Respectfully submitted,

                                DENNIS WAKS
                                Acting Federal Defender

                                    /S/NED SMOCK
                                NED SMOCK
                                Assistant Federal Defender
                                Attorney for Defendant
                                JOSE GUERRERO-SOSA

                                MCGREGOR W. SCOTT
                                United States Attorney

Dated:  January 27, 2006
                                    /S/MICHAEL BECKWITH
                                MICHAEL BECKWITH
                                Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: January 27, 2006

                                /s/Frank c. Damrell, Jr.
                                HONORABLE FRANK C. DAMRELL, JR.
                                District Court Judge

2