```
DANIEL BRODERICK, Bar #89424
Acting Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JOSE GUERRERO-SOSA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-05-523 FCD |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) |
| | ) |
| JOSE GUERRERO-SOSA, | ) Date: March 27, 2006 |
| | ) Time: 9:30 A.M. |
| | ) |
| | ) Judge: Hon. Frank C. Damrell, Jr. |
| Defendant. | ) |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Michael Beckwith, Assistant United States Attorney, attorney for Plaintiff, and Ned Smock, Assistant Federal Defender, attorney for defendant, that the current status conference for March 6, 2006 be vacated and a new date of March 27, 2006 be set for status.

　　　Defense counsel has retained an immigration law specialist to investigate legal issues relating to Mr. Guerrero-Sosa's prior deportation.  This attorney is reviewing the discovery and consulting with defense counsel.  Further time is needed for this research.

　　　It is further stipulated and agreed between the parties that the period beginning March 6, 2006 to March 27, 2006, should be excluded in

computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Dated: March 3, 2006

>                                       Respectfully submitted,
>
>                                       DANIEL BRODERICK
>                                       Acting Federal Defender
>
>                                          /S/NED SMOCK
>                                       NED SMOCK
>                                       Assistant Federal Defender
>                                       Attorney for Defendant
>                                       JOSE GUERRERO-SOSA
>
>                                       MCGREGOR W. SCOTT
>                                       United States Attorney

Dated:  March 3, 2006

>                                          /S/MICHAEL BECKWITH
>                                       MICHAEL BECKWITH
>                                       Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: March 3, 2006

>                                       /s/ Frank C. Damrell Jr.
>                                       HONORABLE FRANK C. DAMRELL, JR.
>                                       District Court Judge

2