```
1  DANIEL BRODERICK, Bar #89424
   Acting Federal Defender
2  NED SMOCK, Bar # 236238
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

   Attorney for Defendant
6  JOSE GUERRERO-SOSA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-05-523 FCD |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) |
| | ) |
| JOSE GUERRERO-SOSA, | ) Date: April 17, 2006 |
| | ) Time: 9:30 A.M. |
| | ) |
| | ) Judge: Hon. Frank C. Damrell, Jr. |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Michael Beckwith, Assistant United States Attorney, attorney for Plaintiff, and Ned Smock, Assistant Federal Defender, attorney for defendant, that the current status conference for March 27, 2006 be vacated and a new date of April 17, 2006 be set for status.

Defense counsel has retained an immigration law specialist to investigate legal issues relating to Mr. Guerrero-Sosa's prior deportation. This attorney has completed her review, but counsel is still awaiting documentation that has been ordered from San Joaquin County Superior Court and from the Executive Office of Immigration Review. Additional time is needed to obtain these documents.

It is further stipulated and agreed between the parties that the period beginning March 27, 2006 to April 17, 2006, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Dated: March 24, 2006

Respectfully submitted,

DANIEL BRODERICK
Acting Federal Defender


    /S/NED SMOCK
NED SMOCK
Assistant Federal Defender
Attorney for Defendant
JOSE GUERRERO-SOSA


MCGREGOR W. SCOTT
United States Attorney

Dated:  March 24, 2006

    /S/MICHAEL BECKWITH
MICHAEL BECKWITH
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: March 27, 2006

/s/ Frank C. Damrell Jr.
HONORABLE FRANK C. DAMRELL, JR.
District Court Judge

2