DANIEL BRODERICK, Bar #89424
Acting Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE GUERRERO-SOSA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-05-523 FCD |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| ) | |
| JOSE GUERRERO-SOSA, ) | Date: April 24, 2006 |
| ) | Time: 9:30 A.M. |
| ) | |
| ) | Judge: Hon. Frank C. Damrell, Jr. |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Michael Beckwith, Assistant United States Attorney, attorney for Plaintiff, and Ned Smock, Assistant Federal Defender, attorney for defendant, that the current status conference for April 17, 2006 be vacated and a new date of April 24, 2006 be set for status.

Defense counsel is engaged in ongoing legal research into the validity of the defendant's deportation after recently receiving requested information from the defendant's prior conviction. The defense recently presented documentation and legal arguments to the government. Additional time is needed to perform research and to discuss a possible resolution with the government and with the

defendant.

It is further stipulated and agreed between the parties that the period beginning April 17, 2006 to April 24, 2006, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Dated: April 13, 2006

    Respectfully submitted,

DANIEL BRODERICK
Acting Federal Defender

    /S/NED SMOCK
NED SMOCK
Assistant Federal Defender
Attorney for Defendant
JOSE GUERRERO-SOSA

MCGREGOR W. SCOTT
United States Attorney

Dated:  April 13, 2006

    /S/MICHAEL BECKWITH
MICHAEL BECKWITH
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: April 17, 2006

/s/ Frank C. Damrell Jr.
HONORABLE FRANK C. DAMRELL, JR.
District Court Judge

2